# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

## Pro se (Non Prisoner)
## Consent & Registration Form to Receive Documents Electronically

Pursuant to Fed. R. Civ. P. 5(b), and Fed. R. Civ. P. 77(d), Local Civil Rule 5.2 and the Court's Electronic Case Filing Policies and Procedures, documents may be served through the court's transmission facilities by electronic means. Documents that are not permitted to be served electronically are pleadings that are to be served with process under Fed.R.Civ.P. 4.

I , ABHIJIT BAGAL,  hereby consent to receive service of documents and notice of electronic filings via the Court's electronic filing system to the extent and in the manner authorized by the above rules and waiving the right to receive notice by first class mail pursuant to Fed.R.Civ.P. 5(b)(2)(D) and Fed.R.Civ.P. 77(d).

Pursuant to Local Civil Rule 10.1, I will promptly notify the Court if there is a change in my personal data, such as name, address, and/or e-mail address. I will promptly notify the Court to request cancellation of electronic service.

Litigants who have consented to  receive documents electronically will be sent a **Notice of Electronic Filing** via e-mail.  Upon receipt of the notice, they are permitted **one "free look"** at the document by clicking on the hyperlinked document number.  The one "free look" will expire 15 days from the date the notice was sent.  After the "free look" is used or expires,  the document can only be accessed through PACER (**P**ublic **A**ccess to **C**ourt **E**lectronic **R**ecords.)  It is recommended that litigants establish a PACER account. This can be accomplished by visiting the PACER web site at http://pacer.psc.uscourts.gov.  PACER is an automated system that allows an individual to view, print, and download documents for a fee.

My e-mail address is: ABEBAGAL@GMAIL.COM

My case number is: NEW CASE

*Abhijit Bagal* (ABHIJIT BAGAL)
Signature of Litigant

125 VISTA BROOKE DRIVE
Mailing Address

MORRISVILLE, NC 27560
City, State, Zip Code

(919) 917-3839
Telephone Number

Date: 12/23/2024