DanaLynn T. Colao
Jeffrey Soos
Katherine A. Escanlar
**SAIBER LLC**
18 Columbia Turnpike
Suite 200
Florham Park, NJ 07932
T: (973) 622-3333
dcolao@saiber.com
jsoos@saiber.com
kescanlar@saiber.com

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>                Plaintiff,<br><br>    v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*<br><br>                Defendants. | Civil Action No.: 3:24-cv-11440-ZNQ-JBD<br><br>**NOTICE OF APPEARANCE OF <u>JEFFREY SOOS, ESQ.</u>**<br><br>*Document Filed Electronically* |

      **PLEASE TAKE NOTICE** that Defendants Rutgers, the State University of New Jersey ("Rutgers"), Jonathan Holloway, Jeffrey Robinson, Enobong (Anna) Branch, Jacqueline S. Mattis, Lucille Foster, Corinne Castro, and Audrey Truschke (collectively, "Defendants") are represented by the firm of Saiber LLC in the above matter. Jeffrey Soos hereby enters his appearance as counsel of record and as "lead attorney to be noticed" on behalf of Defendants. Accordingly, Defendants respectfully request that any future Notices of Electronic Filing related to this case be forwarded to Jeffrey Soos at jsoos@saiber.com.

Dated:  January 22, 2025                           Respectfully submitted,

                                                **SAIBER LLC**

                                                *Attorneys for Defendants*

                                                 s/ Jeffrey Soos
                                                    Jeffrey Soos (jsoos@saiber.com)
                                                    18 Columbia Turnpike, Suite 200
                                                    Florham Park, NJ 07932
                                                    Tel: (973) 622-3333
                                                    Fax: (973) 622-3349