UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>               *Pro se* Plaintiff,<br>v.<br><br>RUGTERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>               Defendants. | Civil Action No. 3:24-cv-11440-ZNQ-JBD<br><br>**CONSENT ORDER EXTENDING TIME FOR DEFENDANT RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY TO ANSWER, MOVE, OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT**<br><br>*Document Electronically Filed* |

**THIS MATTER** having been opened to the Court by Defendant Rutgers, the State University of New Jersey ("Rutgers"), seeking an extension of time for Rutgers to file its response to the First Amended Complaint of *Pro se* Plaintiff Abhijit Bagal ("Plaintiff") in the above action from January 23, 2025 until and including March 24, 2025, and Plaintiff having consented to Rutgers's request herein and the entry of the within Order, as consistent with the waivers of service executed by defendants Jonathan Holloway, Jeffrey Robinson, Enobong (Anna) Branch, Jacqueline S. Mattis, Lucille Foster, Corinne Castro, and Audrey Truschke (collectively, "Individual Defendants" and together with Rutgers, "Defendants"), setting the due date to respond to the First Amended Complaint herein on March 24, 2025, and as confirmed in the January 22, 2025 letter from DanaLynn T. Colao, Esq., counsel for Defendants, submitted concurrently herewith; and the Court having considered the status of the pleadings herein; and for other and good cause having been shown,

**IT IS** on this 24th day of January, 2025;

**ORDERED** that Rutgers's request for an extension of time to respond to the First Amended Complaint, be and the same is hereby granted; and it is further

**ORDERED** that the Individual Defendants and defendant Rutgers shall file their responses to the Complaint by March 24, 2025.

_____
J. BRENDAN DAY
UNITED STATES MAGISTRATE JUDGE