# EXHIBIT 3

**Katherine A. Escanlar**

| | |
|---|---|
| **From:** | DanaLynn T. Colao |
| **Sent:** | Saturday, January 18, 2025 10:12 PM |
| **To:** | 'Abhijit Bagal' |
| **Subject:** | Bagal v. Rutgers, et. al. |

Dear Mr. Bagal,

We have been retained to represent Defendant Rutgers University in the above matter and write to apprise you of the University's **January 13, 2025 Response to Task Force on Caste Discrimination Report, which is available at** https://laborrelations.rutgers.edu/updates-announcements. As you will see, the University did not adopt the Committee's Report or its recommendations. We understand the Complaint in this matter was filed on January 2, 2025 before the University's January 13 Response. As a result of the University's decision not to adopt the Committee's Report or recommendation, please let us know if you will be withdrawing your complaint. Thank you.

We look forward to hearing from you.

DanaLynn

**DanaLynn T. Colao**
Member



| | |
|---|---|
| **Saiber LLC** | **t:** 973.645.4837 |
| 18 Columbia Turnpike | **f:** 973.622.3349 |
| Suite 200 | **e:** dcolao@saiber.com |
| Florham Park, NJ 07932 | |

**www.saiber.com**

**Katherine A. Escanlar**

---

| | |
|---|---|
| **From:** | Abhijit Bagal <abebagal@gmail.com> |
| **Sent:** | Sunday, January 19, 2025 11:06 AM |
| **To:** | DanaLynn T. Colao |
| **Subject:** | Re: Bagal v. Rutgers, et. al. |

Hello Ms. Colao,

Thank you for getting in touch with me. I intend to proceed with the complaint to address several other long-standing issues. Are you representing just Rutgers or does your representation also include the other named defendants (like Audrey Truschke) as well? If yes, can you please accept the summons for them or provide a waiver of service? Regards,

Abhijit Bagal

On Sat, Jan 18, 2025 at 10:12 PM DanaLynn T. Colao <dcolao@saiber.com> wrote:

> Dear Mr. Bagal,
>
> We have been retained to represent Defendant Rutgers University in the above matter and write to apprise you of the University's **January 13, 2025 Response to Task Force on Caste Discrimination Report, which is available at** https://laborrelations.rutgers.edu/updates-announcements. As you will see, the University did not adopt the Committee's Report or its recommendations. We understand the Complaint in this matter was filed on January 2, 2025 before the University's January 13 Response. As a result of the University's decision not to adopt the Committee's Report or recommendation, please let us know if you will be withdrawing your complaint. Thank you.
>
> We look forward to hearing from you.
>
> DanaLynn
>
> **DanaLynn T. Colao**
> Member
>
> 
>
> | | |
> |---|---|
> | Saiber LLC | **t:** 973.645.4837 |
> | 18 Columbia Turnpike | **f:** 973.622.3349 |
> | Suite 200 | **e:** dcolao@saiber.com |
> | Florham Park, NJ 07932 | |



**www.saiber.com**

Disclaimer
This email and any documents accompanying this email may contain information that is confidential and/or legally privileged. The information is intended for the use of only the individual or entity named on this email. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action relying on the contents of this email information, is strictly prohibited and the documents should be returned to Saiber LLC immediately. In this regard, if you have received this email in error, please notify us by return email or telephone (973-622-3333) immediately, delete the email and all attachments and destroy all hard copies of same.