UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>        Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>        Defendants. | Civil Action No.: 3:24-cv-11440-ZNQ-JBD<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO RULES 12(b)(1) and 12(b)(6)**<br><br>*Document Filed Electronically* |

**THIS MATTER** having been opened to the Court by Saiber LLC, attorneys for Defendants Rutgers, the State University of New Jersey ("Rutgers"), Jonathan Holloway, Jeffrey Robinson, Enobong (Anna) Branch, Jaqueline S. Mattis, Lucille Foster, Corrine Castro, and Audrey Truschke (collectively, "Defendants"), on notice to all counsel, for an Order dismissing Plaintiff Abhijit Bagal's ("Plaintiff") Amended Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) for lack of subject matter jurisdiction and 12(b)(6) for failure to state a claim upon which relief can be granted, and the Court having considered said application; and the Court having considered the papers submitted by Defendants in support of the within

Motion, and any papers submitted by Plaintiff herein in opposition thereto; and the Court having considered oral argument of the parties, if any; and the Court having considered the pleadings and status of this matter; and for the reasons set forth in the record of the proceedings, and for other and good cause having been shown,

**IT IS** on this _____ day of _____, 2025, hereby

**ORDERED** that Defendants' Motion to Dismiss is hereby granted; and it is further

**ORDERED** that Plaintiff's Amended Complaint against Defendants is hereby dismissed with prejudice.

<br>

                                       **HON. ZAHID N. QURAISHI, U.S.D.J.**