DanaLynn T. Colao (dcolao@saiber.com)
Jeffrey Soos (jsoos@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333
F: (973) 622-3349

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>          Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>          Defendants. | Civil Action No.: 3:24-cv-11440-ZNQ-JBD<br><br>**CERTIFICATE OF SERVICE**<br><br>*Document Filed Electronically* |

**JEFFREY SOOS** hereby certifies as follows:

I am an attorney-at-law of the State of New Jersey and a member of the firm of Saiber LLC, attorneys for Defendants Rutgers, the State University of New Jersey ("Rutgers"), Jonathan Holloway, Jeffrey Robinson, Enobong (Anna) Branch, Jaqueline S. Mattis, Lucille Foster, Corrine Castro, and Audrey Truschke (collectively, "Defendants") in the above matter. I hereby certify that, on this 24th

day of March, 2025, I caused a copy of Defendants' Notice of Motion to Dismiss, their Brief in support thereof, the Declaration of Jeffrey Soos (with exhibits), and a proposed form of Order, to be served on *pro se* Plaintiff by CM/ECF and E-Mail (abebagal@gmail.com).

Dated:  March 24, 2025               *s/ Jeffrey Soos*
                                                  DanaLynn T. Colao (dcolao@saiber.com)
                                                  Jeffrey Soos (jsoos@saiber.com)
                                                  **SAIBER LLC**
                                                  18 Columbia Turnpike, Suite 200
                                                  Florham Park, New Jersey 07932
                                                  T: (973) 622-3333