DanaLynn T. Colao
(dcolao@saiber.com)
Jeffrey Soos (jsoos@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333
F: (973) 622-3349

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL,<br><br>    Plaintiff,<br><br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>    Defendants. | Civil Action No.: 3:24-cv-11440-ZNQ-JBD<br><br>*Document Filed Electronically* |

## **DEFENDANT RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Rutgers, The State University of New Jersey states as follows:

Rutgers, The State University of New Jersey is a body corporate and politic and the instrumentality of the State of New Jersey for purposes of operating the state university. Rutgers University does not have a parent corporation and has

issued no stock. Accordingly, there is no publicly held corporation that owns ten percent (10%) or more of its stock.

Dated:  March 24, 2025

*s/ Jeffrey Soos*
DanaLynn T. Colao (dcolao@saiber.com)
Jeffrey Soos (jsoos@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, New Jersey 07932
T: (973) 622-3333