March 26, 2025

**BY CM/ECF**
The Honorable J. Brendan Day, U.S.M.J.
United States District Court
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Court Room: 7E
Trenton, New Jersey 08608

  Re: *Abhijit Bagal. v. Rutgers, the State University of New Jersey, et al.*
     **Civil Action No. 3:24-11440-ZNQ-JBD**

Dear Judge Day:

  I am the Plaintiff *Pro Se* in the above matter. Since I am *Pro Se* with a full time job and am currently busy with my writ of certiorari to the US Supreme Court for a related case against Seattle City Council, I respectfully request an extension of thirty days to file my Opposition to the Defendants' Motion to Dismiss that was filed on March 24, 2024.

  I have consulted with Defendants' Counsel and wanted to apprise Your Honor of an agreement between us (*pro se* Plaintiff Abhijit Bagal and Defendants), subject to the Court's approval, to the synchronization of the timing for subsequent filings as shown below.

Plaintiff's Opposition to Defendants' MTD due by May 7, 2025. (With a thirty-day extension)

Defendants' Reply due by June 3, 2025. (Considering the Memorial Day holiday weekend)

New Motion Return Date: June 16, 2025.

  If this is agreeable with Your Honor, I would very much appreciate it if Your Honor would execute the provision below and have this letter filed with the Clerk of the Court.

  I thank the Court for its consideration and assistance in this matter.

                Respectfully yours,
                */s/ Abhijit Bagal*

                Abhijit Bagal
                Plaintiff (Pro Se)

cc:  Counsel of record (by CM/ECF and Email)

Honorable J. Brendan Day, U.S.M.J.
March 26, 2025
Page 2

The above request for an extension of the briefing schedule for Defendants' Motion to Dismiss (ECF No. 20) is hereby granted;

Plaintiff's opposition papers are due by May 7, 2025; and

Defendants' reply papers are due by June 3, 2025.

**It is so ordered this 27th day of March, 2025.**

_____
THE HONORABLE ZAHID N. QURAISHI
UNITED STATES DISTRICT JUDGE