*Stop Weaponization of Caste to Single Out, Target, & Racially Profile Hindu Americans.*

# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ABHIJIT BAGAL, an individual,<br><br>*Plaintiff (Pro Se),*<br>v.<br><br>RUTGERS, THE STATE UNIVERSITY OF NEW JERSEY, *et al.*,<br><br>*Defendants.* | Case No. 3:24-cv-11440-ZNQ-JBD |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff (*Pro Se*) Abhijit Bagal respectfully submits this Notice to alert the Court to a just-released report by the Center for Security, Race, and Rights at Rutgers University Law School, titled "HINDUTVA IN AERICA: A Threat to Equality and Religious Pluralism."[1] Unsurprisingly, and as expected, Defendant Audrey Truschke, Professor at Rutgers, features prominently in this report, and the word "caste" is mentioned seventy (70) times. The primary thesis of this report is: (1) Hindu texts justify caste hierarchy - page 19, (2) Ancient Hindu thinkers justified the discriminatory nature of the caste system - page 23, (3) Hindutva / Hindu nationalism is a deeply

---

[1] HINDUTVA IN AMERICA: An Ethnonationalist Threat to Equality and Religious Pluralism, Rutgers Center for Security Race and Rights – Rutgers University Law School. https://csrr.rutgers.edu/wp-content/uploads/2025/05/hindutva-in-america.pdf

***Stop Weaponization of Caste to Single Out, Target, & Racially Profile Hindu Americans.***

casteist movement that perpetuates the harms of South Asias strict caste hierarchy - page 25, (4) There is Upper-caste dominance in the United States from US immigration laws - page 25, (5) Caste-based discrimination is well-attested in the South Asian American diaspora - page 25, (6) Anyone (e.g. Plaintiff) questioning or challenging unconstitutional caste ordinances automatically indulges in Islamophobia - page 27, (7) There are no facts to support that there is any Hinduphobia or anti-Hindu hate / sentiment in the United States - page 51, (8) Hindu Americans forge links with followers of other far-right ideology such as Zionism - page 6, (9) When American Hindu nationalists are criticized as ethnonationalists, they incorrectly describe criticism of India as "anti-Hindu," modeling Zionist arguments that Israel cannot be criticized without anti-Semitism manifesting - page 9, and, (10) In the United States, this (Hindutva / Hindu Nationalism) effort often parallels Zionist attempts to dissuade criticism of their ideology and Israel, as always, de facto, anti-Semitic - page 27.

Additionally, this report makes many other outlandish claims, like an upper-caste Indian American donor forced California Governor Gavin Newsom to veto a popular caste bill - page 26, American Hindu nationalist groups ally with Zionist groups in collaborations intended to prevent criticism of the nation-states of India and Israel, respectively - page 27, upper caste Hindus from Kashmir voluntarily left Kashmir to settle in cramped refugee camps in other states of India - page 41, and there is a secret conspiracy between India and Israel to use the Pro-Israel playbook to target Muslims - pages 41 - 42, page 54.

This report further confirms the open bigotry and the perpetuation of a hostile environment against Hindus at Rutgers University. Hindu students at Rutgers are under relentless attacks and threats because of their religion. University campuses are supposed to be safe spaces for students, family, friends, and co-religionists. Unfortunately, that does not appear to be the case when a

***Stop Weaponization of Caste to Single Out, Target, & Racially Profile Hindu Americans.***

University like Rutgers is openly biased against Hinduism and Hindus. The fig leaf of "we are opposed to the Hindutva ideology, not Hinduism" falls apart when derogatory comments are directed at Hindu religious icons, texts, and Hindus as a people, and caste is being projected as an exclusively Hindu construct that Hindu Americans must indulge in, since caste discrimination is sanctioned and mandated by Hindu Scriptures.

On September 23, 2024, Columbia University declared that Zionism can be considered anti-Semitic, introducing new policies explicitly addressing the use of terms like "Zionist" when employed to target Jews or Israelis, to combat anti-Semitism and provide clearer criteria regarding harassment. On the other hand, Rutgers University is openly equating Zionism to Hindutva, Jews to Hindus, Israelis to Indians, Palestine to Kashmir, and collectively branding them as oppressors of Muslims. This recent report provides additional reasons, if any were needed, to conclude that Rutgers University indulges in extreme Hinduphobia and anti-Hindu hate under the guise of academic freedom. This Court must intervene to ensure that Rutgers University makes amends and complies with all Federal, State, and Local anti-discrimination and contract laws, failing which, all federal aid and funding to Rutgers University must be terminated.

**CERTIFICATE OF SERVICE**

I hereby certify that on June 4, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF electronic filing system, which will send notification of such filing to all counsel of record.

| | |
|---|---|
| Date of signing: | June 4, 2025 |
| Signature of Plaintiff: | /s/ *Abhijit Bagal* |
| Printed Name of Plaintiff: | ABHIJIT BAGAL (Plaintiff, *Pro Se*) |
| Address: | 125 Vista Brooke Drive, Morrisville, NC 27560 |
| Phone: (919) 917-3839 | Email: abebagal@gmail.com |